**E-FILED 06-28-11**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Jesus Rodriguez,* | CASE NO. CV 11-3235-GHK (RZx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *America's Servicing Co., et al.,* | |
| Defendants. | |

Pursuant to the Court's June 28, 2011 Order, **IT IS HEREBY ADJUDGED** that Plaintiff Jesus Rodriguez's ("Plaintiff") claims against Defendants America's Servicing Company, a Division of Wells Fargo Bank, N.A. (erroneously sued and served as "America's Servicing Company"), Mortgage Electronic Registration Systems, Inc., and U.S. Bank National Association, as Trustee of ARMT 2005-3's (erroneously sued and served as "U.S. Bank, N.A.") are **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: June 28, 2011

_____
GEORGE H. KING
United States District Judge